384 WEEKS *v.* CORNWELL.

MARY L. McKENNA, *Administratrix, Appellant, v.* THOMAS BOLGER, *Respondent.* — Judgment reversed and judgment on demurrer ordered for plaintiff, with leave to withdraw demurrer and answer on usual terms. Opinion by DAVIS, P. J.

MARY L. McKENNA, *Administratrix, v.* THOMAS BOLGER. — Motion denied, with ten dollars costs. Opinion by DAVIS, P. J.

ANN MALLACH, *Respondent, v.* EDWARD RIDLEY and others, *Appellants.* — Judgment reversed, new trial ordered, costs to abide event. Opinions by DAVIS, P. J., and BRADY, J.; BRADY, J., concurring in result.

VIRGINIA B. MATTHEWS, *Appellant, v.* KENNETH M. MARCHISON and others, *Respondents.* — Judgment modified as directed by opinion on payment of costs of opposing motion below, without costs of appeal to either party. Opinion by DAVIS, P. J.

ELIZABETH B. STEWART and another, *Respondents, v.* WILLIAM M. BRASHER, *Appellant.* — Judgment reversed, new trial ordered, costs of appellant to abide event. Opinion by DAVIS, P. J.

SAMUEL WEEKS and another, *Respondents, v.* JACOB WEEKS CORNWELL, *Appellant.* — Judgment modified as directed in opinion, and as modified affirmed, costs of all parties to be paid out of fund. Opinion by DAVIS, P. J.